UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| NIURCA PEREZ,<br><br>                Plaintiff,<br><br>                v.<br><br>MIDLAND FUNDING LLC, PRESSLER & PRESSLER LLP,<br><br>                Defendants. | Civil Action No. 09-6407 (SDW)(MCA)<br><br>**ORDER**<br><br>October 27, 2011 |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE MAGISTRATE JUDGE

This matter comes before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge Madeline C. Arleo filed on August 11, 2011, regarding Plaintiff Niurca Perez's ("Plaintiff") application for attorneys' fees and costs pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. § 1692k(a). No objections to the R&R have been filed by any party.[1]

The Court has reviewed the R&R, the briefs, and documents on file in this matter. Based on the foregoing, and for good cause shown,

IT IS on this 27th Day of October 2011,

**ORDERED** that the R&R of Magistrate Judge Arleo filed on August 11, 2011, is **ADOPTED** by this Court in its entirety; and it is further

**ORDERED** that Plaintiff's request for an award of attorneys' fees and costs is **GRANTED**.

---

[1] Objections were due by August 25, 2011.

                                                <u>s/ Susan D. Wigenton, U.S.D.J.</u>

cc:     Magistrate Judge Madeline C. Arleo